17 A.3d 331

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Robert C. ELLIOTT, Jr., Respondent.**

Supreme Court of Pennsylvania.

Jan. 19, 2011.

500

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of January 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Superior Court's reliance on 42 Pa.C.S. § 9754 in its holding in *Commonwealth v. Vilsaint,* 893 A.2d 753 (Pa.Super.2006) and *Commonwealth v. MacGregor,* 912 A.2d 315 (Pa.Super.2006) that only the court, and not probation officers, can impose the terms of probation is in conflict with 42 Pa.C.S. § 9798.3, enacted in 2007, which directs that the Pennsylvania Board of Probation and Parole and County probation authorities in Megan's Law may impose supervision conditions that include offender tracking.